

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| EDITH MARIANELA PACHECO MIRANDA,<br><br>                      Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>                      Respondents. | Case No.:  3:26-cv-4049-CAB-MSB<br><br>**ORDER GRANTING A WRIT OF HABEAS CORPUS** |
|---|---|

Pending before the Court is Petitioner Edith Marianela Pacheco Miranda's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").] Petitioner is a citizen of El Salvador who alleges that she entered the United States in 2019 seeking asylum, was detained by immigration authorities, and then released on her own recognizance.  [*Id.* at 8.]  She further alleges she was re-detained by immigration authorities on July 10, 2026 when she got off at the wrong freeway exit and approached a gate at Camp Pendleton.  [*Id.*]

Respondents do not contest any of Petitioner's asserted facts.  [Doc. No. 4.]  Nor do they make any legal arguments against her Fifth Amendment claim.  Indeed, they acknowledge that Petitioner was previously released from immigration custody on

conditional parole issued under 8 U.S.C. § 1226(a). [*Id.* at 2.]  Respondents therefore "do[] not oppose the petition and defer[] to the Court on the appropriate relief." [*Id.* at 3.]

The Court therefore **GRANTS** a writ of habeas corpus based on the reasoning the Court has articulated in similar cases. *E.g.*, *Tokhi v. LaRose, et al.*, Case No. 3:26-cv-0803-CAB-VET (S.D. Cal. Feb 19, 2026).  Respondents are **ORDERED** to immediately release Petitioner Edith Marianela Pacheco Miranda under the same conditions of release that existed immediately prior to her most recent re-detention.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: July 22, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge